## CUMMINGS v. DONALDSON.

No. 12568—Opinion Filed Sept. 16, 1924.

**Appeal and Error—Absence of Answer Brief —Reversal.**

Where the plaintiff in error has duly filed and served brief in compliance with the rule of the Supreme Court, and defendant has neither filed brief nor offered excuse for failure so to do, the Supreme Court will not search the record to find some theory upon which the judgment may be sustained; but, where the brief filed appears reasonably to sustain any assignment of prejudicial error, the judgment will be reversed.

(Syllabus by Jarman, C.)

Commissioners' Opinion, Division No. 2.

Error from District Court, Coal County; J. H. Linebaugh, Judge.

Action by H. A. Cummings against W. T. Donaldson. Judgment for defendant, and plaintiff brings error. Reversed and cause remanded for a new trial.

C. M. Threadgill, for plaintiff in error.

Opinion by JARMAN, C. This is an appeal from the district court of Coal county. The plaintiff in error filed his brief November 17, 1921. No brief has been filed by the defendant in error and no extension of time has been assigned by the defendant in error as to why he has not filed brief. The brief of the plaintiff in error appears to reasonably sustain the assignments of error, and under the rule of this court, the record will not be searched to find some theory upon which the judgment of the lower court may be sustained.

The judgment of the lower court is reversed and the cause remanded for a new trial.

By the Court: It is so ordered.